# Third District Court of Appeal

## State of Florida

Opinion filed June 1, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2389
Lower Tribunal No. F14-20634
_____

**Armon J. Everett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge

Armon J. Everett, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.